UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Lawrence C. Hersh**
Attorney at Law
17 Sylvan Street
Suite 102B
Rutherford, New Jersey  07070
Tel:  (201) 507-6300; Fax: (201) 507-6311

**THE LAYFIELD LAW FIRM, APC**
PHILIP J. LAYFIELD, ESQ. (CA SBN #204836)
*Pro Hac Vice* to be filed
525 S. Douglas St., Suite 280
El Segundo, CA 90245
Telephone: (424) 835-6100
Facsimile: (800) 644-9861

**Attorneys for Vestiq Holdings, Inc.,**
**Vestiq Pharmaceuticals, Inc. and**
**Praelia Pharmaceuticals, Inc**

| | |
|---|---|
| **MONOSOL RX, LLC, a Delaware Limited Liability Company,**<br><br>　　　　**Plaintiff,**<br>v.<br><br>**VESTIQ HOLDINGS, INC., a Delaware corporation, VESTIQ PHARMACEUTICALS, INC., a Delaware corporation, and PRAELIA PHARMACEUTICALS, INC.**<br><br>　　　　**Defendants.** | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED**<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Vestiq Holdings, Inc. (a private non-governmental party), Vestiq Pharmaceuticals, Inc. (a private non-governmental party), and Praelia Pharmaceuticals, Inc. (a private non-governmental party) each have no corporate parents, affiliates and/or subsidiaries which are publicly held.

        Lawrence C. Hersh, Esq.

        __/s/ Lawrence C. Hersh_____
        Lawrence C. Hersh
        Attorney at Law
        17 Sylvan Street
        Suite 102B
        Rutherford, New Jersey  07070
        Tel:  (201) 507-6300; Fax: (201) 507-6311

        **THE LAYFIELD LAW FIRM, APC**
        PHILIP J. LAYFIELD, ESQ. (CA SBN #204836)
        *Pro Hac Vice* to be filed
        525 S. Douglas St., Suite 280
        El Segundo, CA 90245
        Telephone: (424) 835-6100
        Facsimile: (800) 644-9861

        **Attorneys for Vestiq Holdings, Inc., Vestiq Pharmaceuticals, Inc. and Praelia Pharmaceuticals, Inc.**

Dated: April 10, 2014